| | |
|---|---|
| United States of America, | *E-FILED - 1/29/13* |
| Plaintiff, | |
| v. | No. CR-10-0524-DLJ |
| Cherryl Worley, | **ORDER** |
| Defendant. | |

Defendant in this matter having been sentenced and having self-surrendered to begin serving that sentence, the appearance bond in this matter is hereby exonerated.

IT IS SO ORDERED.

Dated: January 29, 2013  _____

D. Lowell Jensen
United States District Judge

Copy of Order Mailed on 1/29/2013 to:

Cherryl Worley
#97225-011
Federal Prison Camp
5675 8th Street-Camp Parks
Dublin, CA 94568


Copy of Order E-Filed to Counsel of Record:

2