|   |   |   |   |
|---|---|---|---|
| 1 | CHERRYL WORLEY, | ) | |
| 2 | Petitioner, | ) ) ) | *E-FILED - 10/2/13* |
| 3 | v. | ) ) | |
| 4 | | ) ) | No. C-13-3951-DLJ<br>**Related Case: CR-10-00524-DLJ** |
| 5 | | ) ) | |
| 6 | UNITED STATES OF AMERICA, | ) ) | **ORDER** |
| 7 | Respondent. | ) ) | |
| 8 | _____ | ) | |

On August 23, 2012, Petitioner Cherryl Worley (Worley) was sentenced to 84 months in prison for one count of violation of 18 U.S.C. § 1344, Bank Fraud; and five counts of violation of 18 U.S.C. § 1029(a)(2) Fraud and Related Activity in Connection with Access Devices. Final Judgement was entered by the Court on August 30, 2012. On August 29, 2013, Worley filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct her Sentence.

The Motion claim ineffective assistance of counsel alleging four separate errors at the sentencing. Petitioner alleges that her counsel was ineffective at sentencing in that: (1) he failed to challenge the definition of "victims" under the MVRA leading to an improper enhancement under Sentencing Guideline §2B1.1(b)(2)(B); (2) that he failed to challenge the computation of her criminal history; (3) that he failed to seek a downward departure or variance pursuant to Sentencing Guideline §5H1.6; and (4) that her counsel failed to object to what she alleges was an improper delegation by the Court to the Probation Department of the terms for her payment of restitution.

The Court hereby Orders that the government respond to this Motion on or before November 7, 2013.

IT IS SO ORDERED

Dated: October 2, 2013         _____

                                             D. Lowell Jensen
                                             United States District Judge

Copy of Order Mailed on 10/2/13 to:

**Cherryl Worley**
97225-011
FPC Dublin
5675 8th Street, Camp Parks
Dublin, CA 94568
*PRO SE*